UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CLIVENS CELESTIN,

     Plaintiff,

  -v-          9:15-CV-0541
               (DNH/ATB)

DAVID ROCK, Superintendent, Upstate
Correctional Facility; PATERSON, Correction Officer,
Upstate Correctional Facility; A. FORBES,
Correction Officer, Upstate Correctional Facility;
KROEGER, Correction Officer; Upstate Correctional
Facility, DEMERS, Correction Officer; Upstate Correctional
Facility; D. HAUG, Food Service Administrator; Upstate
Correctional Facility; SGT. DEBYA, Upstate Correctional
Facility;

     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:       OF COUNSEL:

CLIVENS CELESTIN
Plaintiff, *Pro Se*
94-A-5376
Shawangunk Correctional Facility
P.O. Box 700
Wallkill, New York 12589

HON. ERIC T. SCHNEIDERMAN   TIMOTHY P. MULVEY, ESQ.
Attorney General for the State of New York Ass't Attorney General
Attorneys for Defendants
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

**DECISION and ORDER**

*Pro se* plaintiff Clivens Celestin brought this civil rights action pursuant to 42 U.S.C. § 1983. See Complaint, ECF No. 1.  On July 20, 2016, the Honorable Andrew T. Baxter, United States Magistrate Judge, advised by Report-Recommendation that the defendants' motion for summary judgment pursuant to Federal Rule of Civil Procedure 56 (ECF No. 35) be granted. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole.   See 28 U.S.C. § 636(b)(1).

Therefore, it is ORDERED that:

(1)  Defendants' motion for summary judgment pursuant to Federal Rule of Civil Procedure 56 (ECF No. 35) is **GRANTED**;

(2) The Complaint is **DISMISSED IN ITS ENTIRETY**;

(3) The Clerk serve a copy of this Decision and Order upon plaintiff in accordance with the Local Rules.

The Clerk of the Court shall enter judgment and close the case

IT IS SO ORDERED.

_____
United States District Judge

Dated:  March 22, 2017
         Utica, New York